IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CORREA, | No. CIV S-08-1734-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SOLANO COUNTY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for additional time to file a certified copy of his prison trust account statement (Doc. 6).

On August 6, 2008, the court ordered plaintiff to either pay the appropriate filing fee or provide the court with a certified copy of his prison trust account statement, as required by 28 U.S.C. § 1915(a)(2) before the court can grant his application for leave to proceed in forma pauperis.  Plaintiff claims that he has requested a certified copy of his trust account from Solano County Jail, but due to a staffing shortage, his request has not been granted yet.  He states he has been informed he will receive a copy "soon" and has asked for a 30-day extension of time to provide the court a copy.

1        Good cause appearing therefor, the request will be granted.  Plaintiff is warned
2 that failure to comply with the court's August 6, 2008, order within the time provided in this
3 order may result in dismissal of this action for lack of prosecution and failure to comply with
4 court orders and rules.  <u>See</u> Local Rule 11-110.
5        Accordingly, IT IS HEREBY ORDERED that:
6        1.     Plaintiff's motion for an extension of time (Doc. 6)  is granted; and
7        2.     Plaintiff shall submit a certified copy of his prison trust account statement,
8 or pay the appropriate filing fee, within 30 days of the date of service of this order.

DATED: September 12, 2008

                                           /s/ Craig M. Kellison
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE