IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CORREA, | No. CIV S-08-1734-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SOLANO COUNTY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2).

On August 6, 2008, plaintiff was informed his application for leave to proceed in forma pauperis was not complete in that he did not submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff was provided an opportunity to submit a certified copy of his trust fund account statement or the appropriate filing fee. On September 5, 2008, plaintiff requested additional time to submit the necessary statement, which was granted.

///

On October 1, 2008, plaintiff submitted a copy of his trust fund account statement. However, the copy plaintiff submitted is not a *certified* copy. 28 U.S.C. § 1915(a)(2) requires that before the court can grant an inmate leave to proceed in forma pauperis, the inmate must submit a *certified* copy of the trust fund account statement obtained from the appropriate official of the institution in which he is confined.

Plaintiff will be provided another opportunity to submit a *certified* copy of his trust fund account statement as required, or the appropriate filing fee.  If plaintiff is experiencing difficulties in obtaining a certified copy of his account statement, he shall inform the court as to what difficulties he is experiencing, what steps he has taken in order to secure a certified copy, and what the results of each attempt have been.  Plaintiff is again warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30 days of the date of this order, a *certified* copy of his prison trust account statement, or the appropriate filing fee.

DATED: October 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE