# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CORREA, | No. CIV S-08-1734-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SOLANO COUNTY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2, 10). Plaintiff's complaint will be addressed separately.

Plaintiff has been ordered to provide the court with a certified copy of his inmate trust account. Plaintiff has provided the court with copies of his account, but none of the copies have been certified by the institution. On October 17, 2008, plaintiff provided the court with another uncertified copy of his trust account statement. In addition, plaintiff provided a copy of the request he submitted to the Solano County Jail, requesting a certified copy. In response the Solano County Sheriff's Office informed plaintiff that although they will provide him a copy of his account, they do not certify.

1    It thus appears that plaintiff's inability to submit a complete in forma pauperis
2  application is no fault of his own, but is due to the actions of the jail officials.  Because plaintiff
3  has otherwise demonstrated by affidavit that he is indigent and entitled to in forma pauperis
4  status, see 28 U.S.C. § 1915(a), the court will conditionally grant his application subject to later
5  submission of a certified copy of his prison trust account statement.
6    28 U.S.C. § 1915(a)(2) specifically requires inmates who are bring a civil rights
7  action provide the court with "a certified copy of the trust fund account statement (or institutional
8  equivalent) for the prisoner for the 6-month period immediately proceeding the filing of the
9  complaint . . . obtained from the appropriate official of each prison at which the prisoner is . . .
10 confined."  By separate order the court will direct the jail officials to submit a certified copy of
11 plaintiff's trust account statement.
12    Accordingly, IT IS HEREBY ORDERED that:
13    1.    Plaintiff's motion for leave to proceed in forma pauperis is conditionally
14 granted;
15    2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this
16 action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);
17    3.    An initial partial filing fee of $25.20 will be assessed by this order
18 pursuant to 28 U.S.C. § 1915(b)(1);
19    4.    By separate order, the court will direct the appropriate agency to collect
20 the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court;
21 and
22    5.    Thereafter, plaintiff will be obligated for monthly payments of twenty
23 percent of the preceding month's income credited to plaintiff's inmate trust account, such
24 / / /
25 / / /
26 / / /

1 | payments to be forwarded by the appropriate agency to the Clerk of the Court each time the
2 | amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant
3 | to 28 U.S.C. § 1915(b)(2).

DATED: October 24, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE