IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD CORREA,                           No. CIV S-08-1734-CMK-P

        Plaintiff,

   vs.                                    <u>ORDER TO SHOW CAUSE</u>

SOLANO COUNTY, et al.,

        Defendants.

                               /

        To:     The Solano County Sheriff's Department
                Sheriff's Administration
                530 Union Avenue, Suite 100
                Fairfield, California 94533:

        Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the full statutory filing fee for this action. On October 27, 2008, the court issued an order directing the director of the agency referenced above, or a designee, to submit to the court within 30 days a certified copy of plaintiff's trust account statement. To date, no certified trust account statement has been submitted.

        The director of the agency referenced above, or a designee, shall show cause *in writing*, within 20 days of the date of this order, why appropriate sanctions should not be

1

imposed for failure to comply with the court's order.  Submission of a certified copy of plaintiff's trust account statement, under cover of the attached Notice of Submission of Documents, within the time provided, shall constitute an adequate response to this order.

      IT IS SO ORDERED.

DATED:  March 25, 2009

                                                                                                    **CRAIG M. KELLISON**
                                                                                                   UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD CORREA,                               No. CIV S-08-1734-CMK-P

    Plaintiff,

  vs.

SOLANO COUNTY, et al.,

    Defendants.

_____/

## NOTICE OF SUBMISSION OF DOCUMENTS

    I hereby submit a certified copy of plaintiff's prison trust account statement.

DATED: _____                                  _____
                                                                                                 Director or designee