IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CORREA, | No. CIV S-08-1734-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SOLANO COUNTY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2009, the undersigned issued an Order to Show Cause to the Solano County Sheriff's Department. The director of the agency was directed to show cause for the failing to comply with the court's October 27, 2008, order requesting a certified copy of plaintiff's trust fund account statement. The agency has submitted an appropriate response to this court's order, including the requested certified copy of plaintiff's trust fund account statement.[1]

---

[1] The agency has also informed the court that plaintiff is no longer in the custody of the Solano County Jail. However, plaintiff has not informed the court of his change of address. It is the party's responsibility to keep the court apprised of their address of record at all times. See Local Rule 83-182(f). All orders issued by this court must be served on the parties at their

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 26, 2009, order to show cause is discharged; and

2. The Clerk of the Court is directed to send a courtesy copy of this order to the Office of County Counsel for the County of Solano, 675 Texas Street, Suite 6600, Fairfield, California, 94533.

DATED: May 4, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

address of record. Plaintiff's address of record continues to be the Solano County Jail. Accordingly, a copy of this order will be served on plaintiff at his address of record.

2