IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD CORREA,           No. CIV S-08-1734-CMK-P

       Plaintiff,

  vs.          <u>ORDER</u>

SOLANO COUNTY, et al.,

       Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

      On March 26, 2009, the court directed Plaintiff to file an amended complaint within 30 days. Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. On May 5, 2009, the court issued an order for Plaintiff to show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for plaintiff's failure to file an amended complaint. Plaintiff was again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and

1

1  comply with court rules and orders.  To date, plaintiff has not responded, either by way of filing
2  an amended complaint or by responding to the order to show cause.[1]
3         The court, therefore, finds it appropriate to dismiss this case for plaintiff's failure
4  to file an amended complaint, as well as for failure to prosecute and comply with court rules and
5  orders.  The Clerk of the Court is directed to enter judgment of dismissal and close this file.
6         IT IS SO ORDERED.

 DATED: June 24, 2009

                                        /s/ Craig M. Kellison
                                 **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that the recent court orders have been returned to the court as undeliverable, plaintiff was properly served.  Local Rule 83-182(f) requires a party appearing pro se is required to inform the court of any address change.  It appears Plaintiff is no longer in the custody of the Solano County Jail, his current address of record.  Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

2